AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Massachusetts |
|---|---|
| Name (under which you were convicted): DAVID WRIGHT | Docket or Case No.: 1:15-cr-10153-DPW |
| Place of Confinement: Federal Correctional Institution, Terre Haute | Prisoner No.: 96674-038 |
| UNITED STATES OF AMERICA V. | Movant (include name under which convicted) DAVID WRIGHT |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court
   District of Massachusetts
   1 Courthouse Way, Suite 2300
   Boston, MA 02210

   (b) Criminal docket or case number (if you know): 1:15-cr-10153-DPW

2. (a) Date of the judgment of conviction (if you know): October 18, 2017

   (b) Date of sentencing: December 19, 2017

3. Length of sentence: 28 years + Lifetime Supervised Release

4. Nature of crime (all counts): (COUNT 1) 18 U.S.C. §2339B(a)(1) - Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization

   (COUNT 2) 18 U.S.C. §371 - Conspiracy to Obstruct Justice

   (COUNT 3) 18 U.S.C. §1519 - Obstruction of Justice & (COUNT 5) (COUNT 4) 18 U.S.C. §2332b(a)(2) & (c) - Conspiracy to Commit Acts of Terrorism Transcending National Boundaries

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☑   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
   (b) Docket or case number (if you know): No. 18-1039
   (c) Result: (COUNT 1) 18 U.S.C. §2339B(a)(1) **VACATED**, (COUNT 2-5) **Affirmed**
   (d) Date of result (if you know): August 28, 2019
   (e) Citation to the case (if you know): 937 F. 3d 8; 2019 U.S. App. LEXIS 25965
   (f) Grounds raised: *Denial of Pre-trial motions to suppress evidence, Suppression of Fruits or derivatives of any electronic surveillance that the FBI conducted pursuant to FISA, Constitutionality under the Fourth Amendment of FISA's "Emergency Provision" (facial challenge), Suppression of Evidence obtained from the search of my electronic devices (warrant application), Suppression of unrecorded statements made to law enforcement, Juror misconduct through unauthorized communication with an FBI case agent, *Jury instructions relative to permissive inferences to be made regarding criminal intent, Sufficiency of the evidence relative to (COUNT 1), Jury instruction relative to "coordination" as to (COUNT 1), Sufficiency of the evidence relative to (COUNT 4) and Jury instruction relative to "conduct" as to (COUNT 4)

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑    No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): 19-7460
      (2) Result: cert. denied

      (3) Date of result (if you know): March 4, 2020
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: I'm currently unaware of what specific issues were raised before the Supreme Court for the writ.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
        (2) Docket or case number (if you know): 21-1704
        (3) Date of filing (if you know): January 29, 2021

(4) Nature of the proceeding: Appeal of Sentence (from AMENDED JUDGMENT)

(5) Grounds raised: - Increase of sentence after remand not justified by an intervening facts and was premised on a mistake in the Guidelines analysis. Both procedurally and substantially unreasonable. - The Guideline range of 262 to 327 months, with one offense group, was both the law of the case and correct on the merits. - The Court provided no justification for increasing sentence after remand and no basis for varying above the Guidelines. - The multitude of errors requires remand before a different judge.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☑

(7) Result: Affirmed   30 years + Lifetime Supervised Release

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☐

(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☑    No ☐
(2) Second petition:   Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE GOVERNMENT FAILED TO DISCLOSE EXCULPATORY AND IMPEACHING EVIDENCE TO THE DEFENSE IN VIOLATION OF THEIR OBLIGATIONS UNDER (Brady v. Maryland)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*[NOTE: Please reference attached "DEFENDANT-PETITIONERS AFFIDAVIT ("DPA")" and "ADDENDUM" for all factual data relevant to GROUND ONE contained in this 28 U.S.C. §2255 petition.]  |REQUEST FOR AN EVIDENTIARY HEARING|

On or around August of 2020 I was provided for the first time immemorial approximately 793 pages of an "unredacted" investigative report produced by the former District Attorney of Suffolk County, Daniel F. Conleys' Office. This report was provided accidentally to my grandmother (e.g. Rahimah Rahim) through the course of her civil litigation on behalf of the estate of my deceased uncle Usaamah Abdullah Rahim ("RAHIM"). In example, there are at least six (6) civilian eye witnesses who claim that **(1)** They did not see a knife or weapon in RAHIM's hand on the morning of Tuesday JUNE 2, 2015, **(2)** They did not see RAHIM lunge at law enforcement, **(3)** No fingerprints of RAHIM were found on the recovered knife or sheath at the scene, **(4)** Bank receipts showing cash withdrawals, **(5)** Backpack that contained several items including a release form for law enforcement recovery and CD's connected to a shoplifting investigation and items consistent with a sleep over, **(6)** No criminal record for RAHIM, employment activities, and **(7)** Investigation of at least 14(civilian) and (2) police witnesses.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑ / NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

**GROUND TWO:** THE GOVERNMENT FAILED TO DISCLOSE EXCULPATORY AND IMPEACHING EVIDENCE UPON CONTINUED REQUEST TO THE DEFENSE IN VIOLATION OF THEIR OBLIGATIONS UNDER (U.S. v. Giglio); (Whitley & Bousley)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)
*[NOTE: Please reference attached "DEFENDANT-PETITIONERS'AFFIDAVIT ("DPA")" and "ADDENDUM" for all factual data relevant to GROUND TWO contained in this 28 U.S.C. §2255 petition.]  |REQUEST FOR AN EVIDENTIARY HEARING|

*** same as GROUND ONE above ***

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

AO 243 (Rev. 09/17)

GROUND THREE: <u>DEFENSE COUNSEL WAS MADE INEFFECTIVE DUE TO GOVERNMENT'S FAILURE TO DISCLOSE EXCULPATORY AND IMPEACHING EVIDENCE AND OR FOR FAILING TO ARGUE DEFENDANTS' DEFENSE AND SECURE DISCOVERABLE EXCULPATORY AND IMPEACHING EVIDENCE BEFORE, DURING AND AFTER TRIAL.</u> (Strickland)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*[NOTE: Please reference attached "DEFENDANT-PETITIONERS AFFIDAVIT ("DPA")" and "ADDENDUM" for all factual data relevant to GROUND THREE contained in this 28 U.S.C. §2255 petition.] |REQUEST FOR AN EVIDENTIARY HEARING

Defense Counsel Jessica Diane Hedges ("HEDGES") and Michael Leon Tumposky ("TUMPOKSY") were made ineffective and prevented from arguing a proper defense or cross-examining witnesses when the government failed to provide approximately 793 pages (inter alia) of an "unredacted" investigative report, AND OR HEDGES and TUMPOSKY were ineffective when they themselves failed to secure discoverable exculpatory and impeaching evidence before and during trial and throughout sentencing, direct appeal(s) and re-sentencing despite being specifically and continually advised, instructed and ordered to do so. HEDGES and TUMPOSKY were ineffective when they failed to call Chelsea Police Officer, Jose Ramos to testify about Mr. Wright's relationship and training by law enforcement; Supervisor, Helen Baker regarding his schooling aspirations for Federal Parole and relationship with Boston Police Officers(BPD); Derek Steven Wright (BPD), paternal uncle (schooling), Brett McDaniel, schooling and gaming. I was truly prejudiced as a result of these failures. *** Same as GROUND(S) ONE, TWO and FOUR above ***

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

**GROUND FOUR:** DUE TO THE GOVERNMENT'S FAILURE TO DISCLOSE EXCULPATORY AND IMPEACHING EVIDENCE THE CUMULATIVE ERRORS ASSOCIATED WITH (PRE-TRIAL/TRIAL) THE REMAINING CONVICTIONS SHOULD BE VACATED.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*[NOTE: Please reference attached "DEFENDANT-PETITIONERS AFFIDAVIT ("DPA")" and "ADDENDUM" for all factual data relevant to GROUND FOUR contained in this 28 U.S.C. §2255 petition.] |REQUEST FOR AN EVIDENTIARY HEARING|

The newly discovered evidence of the "unredacted" investigative report related to RAHIM's activity on the morning of JUNE 2, 2015 has placed the entire criminal case in jeopardy of unfairness as it relates to every proceeding. The newly discovered evidence affects all pre-trial proceedings (e.g. Criminal Complaint, Detention Hearing, Grand Jury Minutes, Indictment, Superseding Indictments (1 & 2), Discovery Motions, Motions to Compel, Motions to Surpress, Motions in Limine etc.,) ALL Trial Witnesses, Sentencing, Direct Appeals, and every docketed process of the case, as to "knowledge, criminal intent and factual accuracy of the government's charged offenses. Thus, the trial was made palpably unfair and unjust.

(b) **Direct Appeal of Ground Four:**    | *** same as GROUND(s) ONE, TWO and THREE ***

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: The newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

ALL GROUNDS HAVE NOT BEEN PREVIOUSLY PRESENTED IN SOME FEDERAL COURT because the newly discovered evidence was first obtained and verified by me on or around AUGUST of 2020 and my Attorney's disobeyed my direct orders to follow these asserted facts in JULY of 2016.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:
Jessica Diane Hedges | 50 Congress St. SUITE 600 Boston, MA 02109

(b) At the arraignment and plea:
Jessica Diane Hedges | 50 Congress St. SUITE 600 Boston, MA 02109
Michael Leon Tumposky

(c) At the trial: Jessica Diane Hedges, Forest O'Neil-Greenberg | 50 Congress St. SUITE 600 Boston, MA 02109
Michael Leon Tumposky, | Linda Moreno (unknown) Pro Hac Vice |

(d) At sentencing: Jessica Diane Hedges, Michael Leon Tumposky | 50 Congress St. SUITE 600 Boston, MA 02109

(e) On appeal: Jessica Diane Hedges, Michael Leon Tumposky | 50 Congress St. SUITE 600 Boston, MA 02109

(f) In any post-conviction proceeding: Jessica Diane Hedges, Michael Leon Tumposky (unknown at at the time, I believe it was a Broad Street address)

(g) On appeal from any ruling against you in a post-conviction proceeding: Jessica Diane Hedges, Michael Leon Tumposky (unknown at the time, I believe it was a Broad Street address)

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____
(c) Give the length of the other sentence: _____
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

Page 11 of 13

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

VACATE REMAINING COUNTS (2, 3, 4, and 5); DECLARATIVE RELIEF FOR MISCARRIAGE OF JUSTICE and or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __JANUARY 6, 2025__.
(month, date, year)

Executed (signed) on __JANUARY 6, 2025__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.